**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEAL PELLIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:18-cv-04691** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION TO RESET INITIAL PRETRIAL CONFERENCE</u>**

Plaintiff Neal Pellis and Defendant Liberty Life Assurance Company of Boston file this Joint Motion to Reset Initial Pretrial Conference and show the Court as follows:

1. On December 13, 2018, the Court entered an Order for Conference (Document 5). Pursuant to that Order, the parties must appear for an initial pretrial conference on Monday, March 11, 2019, at 10:30 am.

2. Plaintiff and Defendant are currently discussing a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, the parties request that the Court reset the initial pretrial conference for a date after March 18, 2019, so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to attend the initial pretrial confernce.

WHEREFORE, the Parties request the Court to enter an order resetting the initial pretrial conference for a date after March 18, 2019.

Dated this 8th day of March 2019.

Respectfully submitted,

By: /s/ Marc S. Whitehead (w/permission)

Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
S.D. of Texas Bar No. 15465
Anthony Vessel
State Bar of Texas No. 24084019
S.D. of Texas Bar No. 1692384
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
S.D. of Texas Bar No. 2621983
Madison Tate Donaldson
State Bar of Texas No. 24105812
S.D. of Texas Bar No. 3151467
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: marc@marcwhitehead.com
Email: anthony@marcwhitehead.com
Email: britney@marcwhitehead.com
Email: madison@marcwhitehead.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

March 8, 2019
Date

/s/ Iwana Rademaekers
Iwana Rademaekers