**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEAL PELLIS,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | **Case No. 4:18-cv-04691** |
| **LIBERTY LIFE ASSURANCE** | **)** | |
| **COMPANY OF BOSTON,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ORDER**

On this day, came on to be considered the Joint Motion to Reset Initial Pretrial Conference. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the initial pretrial conference in this case is reset for _____________, 2019, at _____ __.m.

**SIGNED** this ______ day of ___________________, 2019.

_______________________________________
UNITED STATES DISTRICT JUDGE