**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2019
David J. Bradley, Clerk

Neal Pellis, §
§
*versus* § Civil Action 4:18−cv−04691
§
Liberty Life Assurance Company of Boston. §

# Order Resetting Conference

1. The pretrial conference has been reset to:

March 22, 2019
at 11:00 AM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

Signed on March 8, 2019, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge