UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 22, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Neal Pellis, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-4691 |
| | § | |
| Liberty Life Assurance Company of Boston, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# Conditional Dismissal

1. Having been advised by the parties that they have settled, this case is dismissed with prejudice.

2. By April 19, 2019, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

4. All pending deadlines and settings are terminated.

Signed on March 22, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge