UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
April 22, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Neal Pellis, | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-4691 |
| | § | |
| Liberty Life Assurance Company of Boston, | § | |
| | § | |
| Defendant. | § | |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on April 22, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge